UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

        Plaintiff,        CASE NO. 17-CV-10998

        v.        HON. GEORGE CARAM STEEH

MICHAEL LENNOX and
BRANDON FORD,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR JOINDER (Doc. 57)

Plaintiff Dwayne Stringer, a *pro se* prisoner, brought this 42 U.S.C. § 1983 suit alleging excessive force in violation of the Eighth Amendment against correction officials Michael Lennox and Brandon Ford. On September 18, 2018, this court dismissed this suit based on the doctrine of collateral estoppel which barred Plaintiff from relitigating the prior finding that he failed to exhaust his administrative remedies as to his excessive force claim arising from the events of May 8, 2010. Now before the court is Plaintiff's motion to transfer this case for joinder with 18-13214, *Kinchloe v. Eyke*, another 42 U.S.C. § 1983 suit brought by a *pro se* prisoner, asserting, among other things, that prison officials violated his Eighth Amendment rights by placing him on mental psychosis status and ordering

- 1 -

him to take psychotropic medications. Plaintiff alleges that he seeks to join that suit in order to pursue fraud claims against the Michigan Department of Corrections ("MDOC") for allegedly distributing non-FDA approved psychotropic drugs. Defendants have filed a response to Plaintiff's motion which this court has duly considered.

Plaintiff's request for joinder must be denied because his lawsuit has already been dismissed and final judgment has entered. Moreover, the two actions are unrelated, involve different theories of liability, different defendants, and different transactions or occurrences, and do not share any common questions of law or fact.

Accordingly, Plaintiff's motion for joinder (Doc. 57) is DENIED. In addition, because any appeal of this order would not be taken in good faith, Plaintiff is DENIED leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: December 11, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 11, 2018, by electronic and/or ordinary mail and also on Dwayne Stringer #199442, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221.

s/Barbara Radke
Deputy Clerk