UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

               Plaintiff,               CASE NO. 17-CV-10998

        v.                        HON. GEORGE CARAM STEEH

MICHAEL LENNOX and
BRANDON FORD,

               Defendants.

_____/

## **ORDER DENYING PLAINTIFF'S REQUEST FOR LEGAL AID (Doc. 63)**

The court granted Defendants' motion for summary judgment of this 42 U.S.C. § 1983 suit filed by Plaintiff Dwayne Stringer, a *pro se* prisoner, and closed this case on September 18, 2018.   In its order granting summary judgment, the court considered Plaintiff's request in his letter to the clerk that the court appoint him an attorney.   The court concluded that Plaintiff failed to establish exceptional circumstances which would justify deviation from the general rule that courts do not appoint counsel in civil matters.   *See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993) ("Appointment of counsel in a civil case is not a constitutional right.   It is a privilege that is justified only by exceptional circumstances.") (internal quotation marks and citation omitted).

Now before the court is Plaintiff's request that the court provide him "legal aid." His motion lists this case, as well as five other closed cases he has filed in this district. Because his case is closed, and the court has already denied his request for counsel, Plaintiff's motion for appointment of "legal aid" (Doc. 63) is DENIED.

**IT IS SO ORDERED**.

Dated: January 8, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 8, 2019, by electronic and/or ordinary mail and also on Dwayne Stringer #199442, Macomb Correctional Facility 34625 26 Mile Rd., New Haven, MI 48048.

s/Barbara Radke
Deputy Clerk